IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal Action No. 05-0398** |
| v. | : | |
| | : | **Civil Action No. 10-4309** |
| **EDWARD ROSS** | : | |

# **O R D E R**

**AND NOW**, this 1st day of November, 2013, upon consideration of Mr. Ross's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence ("Motion") (Docket No. 107), the United States' Response thereto (Docket No. 111), Mr. Ross's Reply (Docket No. 114), and each party's Supplemental Memoranda (Docket Nos. 118 & 120), **IT IS HEREBY ORDERED that:**

1. Mr. Ross's Motion is DENIED;
2. no certificate of appealability will issue because reasonable jurists would not disagree with this denial of Mr. Ross's Motion; and
3. the Clerk of Court shall mark both above-captioned cases closed for all purposes, including statistics.

BY THE COURT:

 /s/  Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge