IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| EDWARD ROSS | : | No. 05-398-1 |

## ORDER

AND NOW, this 18th day of March, 2022, upon consideration of Edward Ross's Motion for Compassionate Release (Doc. No. 131), Mr. Ross's Motion for a Briefing Schedule (Doc. No. 132), and the Government's Response in Opposition (Doc. No. 133), for the reasons stated in the accompanying memorandum, it is **ORDERED** that:

1. Mr. Ross's Motion for Compassionate Release (Doc. No. 131) is **DENIED**; and

2. Mr. Ross's Motion for a Briefing Schedule (Doc. No. 132) is **DEEMED MOOT**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1