# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| | **:** | |
| **v.** | **:** | |
| | **:** | **No. 05-cr-398** |
| **EDWARD ROSS** | **:** | |

## ORDER

**AND NOW,** this **14th** day of **August 2024,** upon consideration of Petitioner's Motion for Equitable Relief, and/or Relief from Judgment (ECF No. 136), the Government's Response in Opposition (ECF No. 138), and Petitioner's Reply (ECF Nos. 140, 141), it is hereby **ORDERED** that:

1. Petitioner's Motion (ECF No. 136) is **DENIED.**

2. A Certificate of Appealability **SHALL NOT** issue because Petitioner has not made a credible showing that this Court's procedural ruling was incorrect or a substantial showing of a deprivation of constitutional rights.

BY THE COURT:

/s/ Chad F. Kenney

CHAD F. KENNEY, JUDGE